IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NELL D. PETTY, | ) |
|       Petitioner, | ) |
| vs. | ) Case No. 17-cv-174-JGP-CJP |
| NANCY A. BERRYHILL, | ) |
|       Respondent. | ) |

## MEMORANDUM and ORDER

**GILBERT, District Judge:**

For good cause shown, plaintiff's Motion to Withdraw Complaint (Doc. 14) is **GRANTED**.

Pursuant to Fed.R.Civ.P. 41(a)((2), this cause of action is dismissed without prejudice.

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

**DATE: May 16, 2017**

s/ J. Phil Gilbert
**J. PHIL GILBERT
UNITED STATES DISTRICT JUDGE**